McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LYNDA F. BARRON, et al.,<br><br>　　　　　　　Defendants. | Civil No. S-03-1201 WBS JFM<br><br>**JOINT STIPULATED DISMISSAL**, and [Proposed] **ORDER** |

　　　　Plaintiff, the United States of America, and defendants, Lynda F. Barron and Ronald T. Barron, hereby stipulate and agree, through respective counsel, as follows:

　　　　1.　　On June 5, 2003, the United States brought this action, seeking to reduce to judgment the federal tax liabilities, including penalties and interest, owed by Lynda F. Barron and to foreclose certain real property located in Shingle Springs, California.  On August 14, 2003, defendants Lynda F. Barron and Ronald T. Barron answered the United States' Complaint and filed a Counterclaim To Quiet Title to Real Property.

　　　　2.　　On December 7, 2005, a settlement agreement between the United States and defendants Lynda F. Barron and Ronald T. Barron was reached (<u>see</u> copy, attached to the United States' Request to Continue the Final Pretrial Conference and Trial Start Dates, and [Proposed] Order, filed on March 25, 2005).

1    3.    Pursuant to the settlement agreement, the United States and defendants Lynda F.
2    Barron and Ronald T. Barron hereby dismiss their respective actions against each other.
3    4.    Therefore, the Final Pretrial Conference, currently set for May 23, 2005, and the
4    Trial start date, currently set for July 26, 2005, are vacated.
5    5.    The parties are to bear their respective costs, including any possible attorney's fees
6    or other expenses of this litigation.

McGREGOR W. SCOTT
United States Attorney

Dated this 10th day of May, 2005       /s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Attorneys for the Plaintiff

Dated this 6th day of May, 2005       /s/ - Basil Boutris
BASIL J. BOUTRIS, Esquire
Vaught & Boutris
80 Swan Way, Suite 320
Oakland, CA 94621

Attorney for the Defendants

**IT IS SO ORDERED.**

Dated: May 10, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28